**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| TIFFANY BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:22-cv-00207-MPB-CSW |
| | ) |
| VANDERBURGH COUNTY CLERK'S OFFICE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Tiffany Brown, by counsel, and Defendants, Vanderburgh County Clerk's Office and Carla Hayden, Vanderburgh County Clerk, by counsel, have filed their Joint Stipulation of Dismissal with Prejudice seeking dismissal of this matter with prejudice, with each party to pay their own costs and fees. The Court has examined the Joint Stipulation of Dismissal with Prejudice, been duly advised, and now finds that the matter should be dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice. Each party shall pay their own costs and fees.

**SO ORDERED**.

Dated: February 1, 2024

*[Signature]*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.